**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2704**

---

HANNAH VICTORIA GOLDSBOROUGH,

Plaintiff - Appellant,

versus

MCDONALD'S CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-3650-MJG)

---

Submitted: February 26, 1998        Decided: March 16, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Hannah Victoria Goldsborough, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hanna Goldsborough appeals the district court's order dismissing her personal injury claim for damages filed under 28 U.S.C.A. § 1332 (West 1993 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny Goldsborough's motions to supplement the record, deny her motion to expedite, and dismiss the appeal on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED